IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JONATHAN LANE,**<br>     Petitioner,<br><br>v.<br><br>**THOMAS MCGINETLY, THE DISTRICT ATTORNEY OF THE COUNTY OF PHILADELPHIA SETH WILLIAMS AND THE ATTORNEY GENERAL OF THE STATE OF JOSH SHAPIRO,**<br>     Respondents. | **CIVIL ACTION**<br><br><br><br>**NO.  17-2113** |

## O R D E R

**AND NOW**, this 27th day of August, 2020, **IT IS ORDERED** that the Report and Recommendations of the Magistrate (ECF No. 19) is **APPROVED**; Petitioner Jonathan Lane's Petition for Writ of Habeas Corpus (ECF No. 1) is **DENIED WITH PREJUDICE**.[1]

BY THE COURT:

/s/Wendy Beetlestone, J.

\_\_
**WENDY BEETLESTONE, J.**

---

[1] Although the Magistrate's Report was issued on April 23, 2020, it was not mailed to Petition until July 29, 2020. The Notice sent to Petitioner with the Report instructed that any objections must be filed within 14 days of its receipt.  Petitioner filed no objections.